# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00658-CV

**D. N. and E. M., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY, NO. 19110, THE HONORABLE CHERYL MABRAY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on October 23, 2015. By requests to this Court dated October 26, 2015, Holly R. Wolfe and Debra L. McGrew request an extension of time.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Holly R. Wolfe and Debra L. McGrew are hereby ordered to file the reporter's record in this case on or before November 9, 2015. If the record is not filed by that date, Wolfe and McGrew may be required to show cause why they should not be held in contempt of court.

It is ordered on October 28, 2015.


Before Chief Justice Rose, Justices Pemberton and Field